**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01680-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ALAN DAVID AMIRAULT,

      Plaintiff,

v.

NAIL, Sgt.,
BOGLIN, Deputy,
ARMENTROUT, Deputy #04008,
NURSE BRITTANY, #07321,
NURSE RACHEL B., #11301,
NURSE DAYLA, LC 00069,
NURSE AMANDA, LC 00069,
RICHIES, Deputy 07047 (unsure of spelling),
BARRETT, CPL 10733,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, Alan David Amirault, filed *pro se* a Complaint and an Application to

Proceed in District Court Without Prepaying Fees or Costs (short form) on August 6,

2015.  (ECF No. 2, 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a),

the court has determined that the documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue him claims.  Any

papers that Plaintiff files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   xx   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)   __   other:.

**Complaint, Petition or Application**:
(11)   __   is not submitted
(12)   xx   is not on proper form (must use the current court-approved form).
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page no. __
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   names in caption do not match names in text
(17)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the General Complaint Form and

an Application to Proceed in District Court Without Prepaying Fees or Costs (Long

Form), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

2

DATED August 7, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge